IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE M. BAKER | ) |
| | ) |
| v. | ) NO. 3-13-0657 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND | ) |
| DAVIDSON COUNTY, et al. | ) |

ORDER

Pending before the Court are Defendant Hall's Motion to Dismiss (Docket No. 10), Motion to Strike (Docket No. 16), and Motion to Stay (Docket No. 24). For the reasons stated in the accompanying Memorandum, Defendant Hall's Motion to Dismiss (Docket No. 10) is GRANTED, and all claims against Defendant Hall individually are DISMISSED.

Defendant Hall's Motion to Strike (Docket No. 16) is DENIED, and Defendant Hall's Motion to Stay (Docket No. 24) is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE