IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE M. BAKER | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; DAVIDSON COUNTY SHERIFF'S OFFICE; CORRECT CARE SOLUTIONS, LLC; DAVIDSON COUNTY SHERIFF DARON HALL;[1] JAIL DOCTOR NINA SETLER-LOGAN; JAIL NURSE M. WILLIAMS; JAIL NURSE PING MENG, LPN; JAIL NURSE M. OKOLECHA, RN; JAIL NURSE PRACTITIONER DANIELA CULLEN; JAIL NURSE T. CAMP, RN; and JAIL NURSE L. STEELE, R.N. | ) No. 3-13-0657 |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, May 8, 2014, at 2:00 p.m.,** to be initiated by defendants' counsel, to address the parties' joint motion for extension of deadlines (Docket Entry No. 47).

The Court is not able to grant the parties' motion with all of the proposed deadlines. Specifically, extending the deadline for filing any dispositive motion to October 15, 2014, and maintaining the 21 day time period to file a response and the 14 day time period to file a reply, would mean that briefing on a dispositive motion might not be completed until November 19, 2014, leaving fewer than 90 days until the February 10, 2015, trial date, in violation of Local Rule 16.01(d)(2)(f).

If the date and time for the conference call present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered August 19, 2013 (Docket Entry No. 21), the plaintiff's claims against defendant Davidson County Sheriff's Office were dismissed, and by order entered September 3, 2013 (Docket Entry No. 37), the plaintiff's claims against defendant Davidson County Sheriff Daron Hall were dismissed.