IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMIE M. BAKER | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | No. 3-13-0657 |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE; DAVIDSON | ) | |
| COUNTY SHERIFF'S OFFICE; | ) | |
| CORRECT CARE SOLUTIONS, LLC; | ) | |
| DAVIDSON COUNTY SHERIFF | ) | |
| DARON HALL;[1] JAIL DOCTOR NINA | ) | |
| SETLER-LOGAN; JAIL NURSE M. | ) | |
| WILLIAMS; JAIL NURSE PING | ) | |
| MENG, LPN; JAIL NURSE M. | ) | |
| OKOLECHA, RN; JAIL NURSE | ) | |
| PRACTITIONER DANIELA CULLEN; | ) | |
| JAIL NURSE T. CAMP, RN; and JAIL | ) | |
| NURSE L. STEELE, R.N. | ) | |

ORDER AND RECOMMENDATION

Pursuant to the order entered May 5, 2014 (Docket Entry No. 48), counsel for the parties called the Court on May 8, 2014, at which time they requested that the trial be moved from February 10, 2015, to no earlier than June 2, 2015. Counsel explained that, because of the number of defendants, the discovery process has been significantly slower than they had expected. Because of delays attendant to written discovery, they have had to reschedule deposition times, and they will not be able to complete discovery by the May 30, 2014, deadline. As a result, they will not be able to complete expert disclosures and discovery by the August 1, 2014, deadline or be in a position to file a dispositive motion by the August 15, 2014, deadline. In addition, defendants' counsel have not been able to communicate with three of the six individual defendants recently and they do not know whether they will be able to continue to represent those defendants.

---

[1] By order entered August 19, 2013 (Docket Entry No. 21), the plaintiff's claims against defendant Davidson County Sheriff's Office were dismissed, and by order entered September 3, 2013 (Docket Entry No. 37), the plaintiff's claims against defendant Davidson County Sheriff Daron Hall were dismissed.

Under the circumstances outlined by counsel on May 9, 2014, moving the trial date approximately four months appears reasonable, and it is respectfully recommended that the jury trial, currently scheduled on February 10, 2015, be rescheduled no earlier than June 2, 2015.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge